**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| EDGAR DANIEL CUATE URZUA, | Case No. 26-CV-2396 (JWB/JFD) |
| Plaintiff, | |
| v. | **ORDER** |
| CAPITAL ONE BANK (USA), N.A., | |
| Defendant. | |

This case is before the Court on Plaintiff Edgar Daniel Cuate Urzua's Application to Proceed in District Court Without Prepaying Fees or Costs. (Dkt. No. 2 ("IFP Application").) For the following reasons, the Court denies the IFP Application without prejudice.

"The central question [when assessing an application to proceed *in forma pauperis* ('IFP')] is whether the movant can afford the costs of proceeding without undue hardship or deprivation of the necessities of life." *Ayers v. Tex. Dep't of Crim. Justice*, 70 F.3d 1268, 1268 (5th Cir. 1995) (per curiam) (citing *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339–40 (1948)); *see also, e.g.*, *Lukobi-Johnson v. Pester*, No. 26-CV-1801 (DWF/DJF), 2026 WL 1083794, at *1 (D. Minn. Apr. 17, 2026) (quoting *Ayers*). "The opportunity to proceed [IFP] is a privilege, not a right." *Weaver v. Pung*, 925 F.2d 1097, 1099 n.4 (8th Cir. 1991) (citing *Williams v. McKenzie*, 834 F.2d 152, 154 (8th Cir. 1987)).

The IFP Application indicates that Mr. Cuate Urzua has take-home pay of $1,000 a week (in other words, over $4,000 a month). (*See* IFP Appl. 1.) He also reports no

dependents. (*See id.* at 2.) On this record, the Court cannot conclude that paying this action's filing fee would cause Mr. Cuate Urzua undue hardship or deprive him of life's necessities. The IFP Application is therefore denied.

The denial is without prejudice, however. Mr. Cuate Urzua may file a new IFP application if he believes additional information would alter the Court's analysis. Alternatively, he may pay this action's standard filing fee. If he does neither within 21 days of this Order's date, the Court will recommend dismissing this action without prejudice, under Federal Rule of Civil Procedure 41(b), for failure to prosecute.

## ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff Edgar Daniel Cuate Urzua's Application to Proceed in District Court Without Prepaying Fees or Costs (Dkt. No. 2) is **DENIED** without prejudice.

2. Within 21 days of this Order's date, Mr. Cuate Urzua must either (1) pay this action's filing fee, or (2) submit a new application to proceed *in forma pauperis* in this action. If neither occurs, the Court will recommend dismissing this action under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

Dated: May 1, 2026

_s/ John F. Docherty_
JOHN F. DOCHERTY
United States Magistrate Judge

2