**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| EDGAR DANIEL CUATE URZUA, | Case No. 26-CV-2396 (JWB/JFD) |
| Plaintiff, | |
| v. | **REPORT AND RECOMMENDATION** |
| CAPITAL ONE BANK (USA), N.A., | |
| Defendant. | |

---

On May 1, 2026, this Court entered an order (Dkt. No. 3) denying Plaintiff Edgar Daniel Cuate Urzua's Application to Proceed in District Court Without Paying Fees or Costs (Dkt. No. 2). As part of the order, the Court required Mr. Cuate Urzua to either submit a new application to proceed *in forma pauperis* ("IFP") or pay this action's filing fee; his deadline to do one of the two was May 22, 2026. (*See* Dkt. No. 3 at 2.) That deadline has passed, and Mr. Cuate Urzua has not submitted a new IFP application or a filing fee. Accordingly, consistent with its prior order, the Court recommends dismissing this action without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute. *See, e.g.*, *Henderson v. Renaissance Grand Hotel*, 267 F. App'x 496, 497 (8th Cir. 2008) (per curiam) ("A district court has discretion to dismiss an action under Rule 41(b) for a plaintiff's failure to prosecute, or to comply with the Federal Rules of Civil Procedure or any court order.").

## RECOMMENDATION

Based on the foregoing, and on all of the files, records, and proceedings herein, **IT IS HEREBY RECOMMENDED THAT** this action be **DISMISSED WITHOUT PREJUDICE**, under Federal Rule of Civil Procedure 41(b), for failure to prosecute.

Dated: May 29, 2026

s/ *John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge

## NOTICE

**Filing Objections:**  This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals. Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation. A party may respond to those objections within 14 days after being served a copy of the objections. *See* Local Rule 72.2(b)(2). All objections and responses must comply with the word or line limits set forth in Local Rule 72.2(c).