# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Edgar Daniel Cuate Urzua,

      Plaintiff,

v.

Capital One Bank (USA), N.A.,

      Defendant.

Civ. No. 26-2396 (JWB/JFD)

**ORDER ACCEPTING
REPORT AND RECOMMENDATION
OF MAGISTRATE JUDGE**

---

United States Magistrate Judge John F. Docherty issued a Report and Recommendation ("R&R") in this matter on May 29, 2026. (Doc. No. 4.) No objections have been filed to that R&R in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings in this case, **IT IS HEREBY ORDERED** that:

1.    The May 29, 2026 Report and Recommendation (Doc. No. 4) is **ACCEPTED**.

2.    This action is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

    **LET JUDGMENT BE ENTERED ACCORDINGLY**.

Date: June 22, 2026

                          *s/ Jerry W. Blackwell*
                          JERRY W. BLACKWELL
                          United States District Judge